1  David V. Balakian, SBN 166749
   **BALAKIAN LAW OFFICES**
2  455 West Shaw Avenue
   Fresno, CA 93704
3  Tel. (559) 495-1558
   Fax. (559) 248-8491
4
   Attorney for Defendant, **NEIL EDMISTON**
5

6

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10
   UNITED STATES OF AMERICA,)    **CRF 04-5341 AWI**
11                           )
                             )
12          Plaintiff,       )    **STIPULATION AND ORDER TO**
                             )    **CONTINUE HEARING**
13      vs.                  )
                             )
14 NEIL EDMISTON,            )
                             )
15                           )
           Defendant.        )
16                           )

17      THE PARTIES HEREBY STIPULATE AND AGREE that the hearing date
18 presently set for Tuesday, October 11, 2005, at 9:00 a.m., may be
19 continued to Monday, October 24, 2005, at 9:00 a.m., for change of
20 plea.
21      The trial date presently set will be vacated.
22      Defendant is requesting the continuance to allow time to
23 review the plea agreement with his counsel and subsequently execute
24 the agreement.
25      Pursuant to the Federal Rules of Criminal Procedure section 18
26 U.S.C. 3161, time shall be excluded to allow defendant to review
27 and execute the plea agreement.
28 //

```
/s/ JONATHAN B. CONKLIN            /s/ DAVID BALAKIAN
Jonathan B. Conklin,               David Balakian,
Assistant U.S. Attorney            Attorney for Defendant
Dated: October 6, 2005             Dated: October 6, 2005
```

IT IS SO ORDERED.

**Dated:   October 7, 2005**              **/s/ Anthony W. Ishii**
0m8i78                          UNITED STATES DISTRICT JUDGE

2